■ In the Matter of JONATHAN L.P. and Another, Children Alleged to be Abused and Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LUIS A.O., Appellant. (Appeal No. 2.) [9 NYS3d 921]—Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered October 1, 2013 in a proceeding pursuant to Family Court Act article 10. The order directed respondent to comply with the terms and conditions of an order of protection.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Ishanellys O. (Luis A.O.)* (129 AD3d 1450 [2015]). Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.